IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ARTHUR BENNETT, | : | |
| | : | |
| Appellant. | : | CIVIL ACTION NO. 22-989 |
| | : | BANKRUPTCY NO. 21-11677 |
| v. | : | |
| | : | |
| BON SECOURS MERCY HEALTH, INC., | : | |
| d/b/a DBA MERCY HEALTH, | : | |
| | : | |
| Appellee. | : | |

**ORDER**

**AND NOW**, this 20th day of July, 2022, after considering the notice of appeal filed by the appellant, John Arthur Bennett, from the March 1, 2022 order of United States Bankruptcy Chief Judge Magdeline D. Coleman, which granted the trustee's motion to dismiss (Doc. No. 1); and after considering the appellant's brief (Doc. No. 7), the appellee's brief (Doc. No. 8), the trustee's brief (Doc. No. 9), the applicable bankruptcy court record (Doc. No. 5), and the arguments from counsel during oral argument on July 8, 2022; and, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The March 1, 2022 order of Chief Bankruptcy Judge Magdeline D. Coleman is **AFFIRMED**; and

2. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.